UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) | 3:05CV-04930 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| MICHAEL WAYNE KENNETT, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF JEANNIE F. KENNETT, DECEASED Plaintiff ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| vs. ) ) | |
| PFIZER, INC., ET AL. Defendants ) ) | |

Comes now the Plaintiff, MICHAEL WAYNE KENNETT, INDIVIDUALLY AND

ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS

REPRESENTATIVE OF THE ESTATE OF JEANNIE F. KENNETT, DECEASED, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice

with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009    By: _____
                                        Attorneys for Plaintiff,
                                        Michael Wayne Kennett


DATED: ___December 15___, 2009    By: _____
                                        DLA PIPER LLP (US)
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        Telephone: (212) 335-4500
                                        Facsimile: (212) 335-4501
                                        *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **JAN - 4 2010**

Hon. Charles R. Breyer
United States District Court