UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX ) MARKETING SALES PRACTICES AND ) PRODUCT LIABILITY LITIGATION ) ) ) MICHAEL WAYNE KENNETT, ) INDIVIDUALLY AND ON BEHALF OF ) ALL WRONGFUL DEATH ) BENEFICIARIES AND AS ) REPRESENTATIVE OF THE ESTATE OF ) JEANNIE F. KENNETT, DECEASED ) Plaintiff ) ) vs. ) ) PFIZER, INC., ET AL. ) Defendants ) | 3:05CV-04930 CRB **MDL NO. 1699** **District Judge: Charles R. Breyer** **STIPULATION AND ORDER OF** **DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, MICHAEL WAYNE KENNETT, INDIVIDUALLY AND

ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS

REPRESENTATIVE OF THE ESTATE OF JEANNIE F. KENNETT, DECEASED, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice

with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009

By: _____
Attorneys for Plaintiff,
Michael Wayne Kennett

DATED: ___December 15___, 2009

By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ **JAN - 4 2010**

Hon. Charles R. Breyer
United States District Court